## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| ASHLEY MCDANIELS, *et al.* | |
| Plaintiffs, | |
| v. | |
| WESTLAKE SERVICES, LLC<br>D/B/A WESTLAKE FINANCIAL SERVICES | Case No. 1:11-cv-1837-BEL |
| Defendant. | |

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, AND FOR APPROVAL OF THE FORM, MANNER AND ADMINISTRATION OF NOTICE

Representative Plaintiff Ashley McDaniels, on behalf of herself and all others similarly situated, by and through undersigned counsel, respectfully move the Court for preliminary approval of a class-based settlement between the Plaintiff and the Classes she seeks to represent and Defendant, Westlake Services, LLC d/b/a Westlake Financial Services ("Westlake").

As set forth in the attached Order Preliminarily Approving Settlement, Certifying Classes for Settlement Purposes, and with Respect to Notice, Settlement Hearing and Administration, Plaintiff proposes the following timetable unless altered by the Court by future Order:

| | |
|---|---|
| **Within fourteen (14) business days of entry of Order** | Defendant Westlake to provide a Class List to the Settlement Administrator and Class Counsel |
| **Within thirty (30) calendar days of entry of Order** | Defendant Westlake to provide Class Counsel with a reasonable sample of Class Member account files and Settlement Administrator to mail notice to Classes |
| **Within ninety (90) calendar days from entry of Order** | Deadline for any Class Member to file and serve Request for Exclusion or written opposition to the settlement |

| | |
|---|---|
| **Within one hundred ten (110) calendar days from entry of Order** | Deadline for Representative Plaintiff or Westlake to file response to any opposition by a Class Member, to file a motion to finally approve the settlement, to file an attorney's fees and costs petition, a motion for an incentive payment to the Representative Plaintiff and a motion to create *cy pres* fund |
| **Within One Hundred Twenty (120) days of entry of Order as set by the Court** | Final hearing on the settlement |

In support of this Motion, Representative Plaintiff relies upon the accompanying Memorandum of Law.

WHEREFORE, Representative Plaintiff requests that the Court: (1) preliminarily approve the proposed settlement; (2) certify the Classes for settlement purposes; (3) appoint the undersigned attorney as Class Counsel; (4) approve the form of notice and direct notice to the Classes; (5) require the parties to carry out their duties as specified in the Settlement Agreement; and (6) grant such further relief as justice demands.

Respectfully submitted,

Z LAW, LLC

Dated: January 31, 2012          By:_____/s/_____28191_____
                                    Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                    10811 Red Run Blvd., Suite 204
                                    Owings Mills, Maryland 21117
                                    (443) 213-1977
                                    clz@zlawmaryland.com

                                    **Attorney for Plaintiffs**