IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ASHLEY MCDANIELS, *et al.* | |
| Plaintiffs, | |
| v. | |
| WESTLAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES | Case No. 1:11-cv-1837-ELH |
| Defendant. | |

**APPLICATION FOR AN
AWARD OF ATTORNEY'S FEES AND EXPENSES**

Class Counsel in the above-captioned class action respectfully moves this Court to approve an award of attorney's fees of thirty-three and one-third percent (33⅓ %) of the common fund settlement and reimbursement of litigation expenses totaling $537.25. This application is well within the benchmark applied in similar cases, especially considering the results of this case.

In further support of this Application, Class Counsel submits the accompanying Memorandum of Law and Declaration of Class Counsel, which are incorporated herein.

                                                    Respectfully submitted,

                                                    Z LAW, LLC

Dated: December 11, 2013          By:       **/s/**        **28191**
                                                        Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                                        301 Main Street, Suite 2-D
                                                        Reisterstown, Maryland 21136
                                                        (443) 213-1977
                                                        clz@zlawmaryland.com

                                                         **Attorney for Named Plaintiff and the Classes**